IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 13-cv-00038-JLK
Criminal Action No. 11-cr-00068-JLK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     SEAN MICHAEL SCOTT,

      Defendant.

---

## ORDER

---

This matter is before the Court on Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody filed January 7, 2013. The Court finds that the motion is deficient because the motion is not signed. Pursuant to Rule 11(a) of the Federal Rules of Civil Procedure, "[e]very pleading, written motion, and other paper must be signed" and "[t]he court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention." Accordingly, it is

ORDERED that Defendant submit for filing **within twenty-one (21) days from the date of this order** an amended motion that is signed if he wishes to pursue his claims in this action. It is

FURTHER ORDERED that, if Defendant fails to submit an amended motion that is signed within the time allowed, the motion will be stricken without further notice and

this civil action will be dismissed.

DATED January 9, 2013, at Denver, Colorado.

BY THE COURT:

***S/John L. Kane***
JOHN L. KANE
United States District Judge