IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-cr-68-JLK
Civil Action No. 13-cv-38-JLK

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

1. SEAN MICHAEL SCOTT,

    Defendant/Movant..

---

## JUDGMENT
---

Pursuant to and in accordance with the Memorandum Opinion and Order entered July 31, 2012 by U.S. District Judge John L. Kane, the following Judgment is hereby entered:

1. The Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Doc. 38) is DENIED.

2. The corresponding civil action is dismissed.

Dated at Denver, Colorado this   15th   day of April, 2013.

                        FOR THE COURT:

                        JEFFREY P. COLWELL, CLERK

                        By:  s/ Edward P. Butler
                              Edward P. Butler, Deputy Clerk